IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.3:14cr133-JAG |
| | ) | |
| JIMMIE ALAN LANE, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S POSITION AS TO PRESENTENCE REPORT**

COMES NOW, the United States of America, and states that it does not have any objections to the Presentence Report. In a separate pleading, the United States will vigorously respond in opposition to the defendant's motion for a downward variance/departure from the Guideline Range of 18 to 24 months in Zone C down to a noncustodial sentence.

Respectfully submitted,

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____/s/_____
David T. Maguire
Virginia Bar Number 29323
Attorney for the United States
United States Attorney's Office
600 East Main Street, Suite 1800
Richmond, Virginia 23219-2447
Telephone - 804-819-5400

FAX - 804-771-2316
David.Maguire@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Patrick Hanes, Esquire
    Daniel P. Watkins
    Williams Mullen
    200 South 10th St.
    Richmond, Virginia 23219
    (804) 420-6000

                                          _____/s/_____
                                          David T. Maguire
                                          Virginia Bar Number 29323
                                          Attorney for the United States
                                          United States Attorney's Office
                                          600 East Main Street, Suite 1800
                                          Richmond, Virginia 23219-2447
                                          Telephone - 804-819-5400
                                          FAX - 804-771-2316
                                          David.Maguire@usdoj.gov